# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IPFS CORPORATION,<br><br>   Plaintiff(s),<br><br>v.<br><br>NATIONWIDE GROUP, INC., et al.,<br><br>   Defendant(s). | Case No. 2:24-cv-00189-CDS-NJK<br><br>**Order** |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c). Plaintiff must file a certificate of interested parties by February 9, 2024.

IT IS SO ORDERED.

Dated: February 2, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1