# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

IPFS CORPORATION,

    Plaintiff(s),

v.

NATIONWIDE GROUP, INC., et al.,

    Defendant(s).

Case No. 2:24-cv-00189-CDS-NJK

**Order**

On February 2, 2024, the Court ordered Plaintiff to file a certificate of interested parties by February 9, 2024. Docket No. 3. Plaintiff violated that order. The Court **ORDERS** Plaintiff to file a certificate of interested parties by February 16, 2024. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN SANCTIONS**.

IT IS SO ORDERED.

Dated: February 13, 2024

                                                     _____
Nancy J. Koppe
United States Magistrate Judge

1